# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Bela Belony BENJAMIN<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)    6:26-mj-1175<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 6, 2026__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nicole Siverly, SA, DHS
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 2/9/2026

_____
*Judge's signature*

City and state: Orlando, Florida

David A. Baker, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                               CASE NO. 6:26-mj- 1175

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF THE
## ISSUANCE OF A CRIMINAL COMPLAINT

I, Special Agent Nicole Sively, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), and have been since 2018. I have received extensive training and practical experience pertaining to federal criminal procedures, federal criminal statutes, United States Customs Laws and Regulations, and other federal and state laws. As a law enforcement officer, I have conducted various investigations including but not limited to narcotics, financial, fraud, immigration, and human trafficking. I have executed federal and state arrest warrants, participated in federal and state search warrants, conducted surveillance operations, conducted interviews, and testified in federal court.

2. This affidavit is submitted in support of the issuance of a criminal complaint charging Bela Belony BENJAMIN ("BENJAMIN") with being found in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a) and (b)(1). The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing

probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. Homeland Security Investigations reviewed information regarding Bela Belony **BENJAMIN**. This review concluded that **BENJAMIN** had been granted Lawful Permanent Resident (LPR) status on February 2nd, 2006. On January 25th, 2010, in Orange County, FL, **BENJAMIN** was convicted for the offense of Robbery. On this same date, **BENJAMIN** was convicted of Battery on a Law Enforcement Officer. Both offenses were charged and adjudicated as felonies. These crimes were committed with a conviction within 5 years of obtaining Lawful Permanent Residency, making **BENJAMIN** deportable.

4. On November 10th, 2015, an Immigration Judge ordered **BENJAMIN** to be removed to Haiti with an alternate removal to the Bahamas. On March 15th, 2016, **BENJAMIN** was physically removed from the United States.

5. On September 12th, 2019 **BENJAMIN** attempted to enter the United States via commercial air, at the Nassau Pre-Clearance area, and was denied travel pursuant to the previous removal.

6. A review of various databases and DHS records disclosed that **BENJAMIN** has an Alien File Number (A XXX XXX 778). **BENJAMIN** was born in 1991, in the Bahamas. **BENJAMIN** is a national and citizen of the Bahamas and

2

a citizen of Haiti. BENJAMIN is not a citizen of the United States. **BENJAMIN** first arrived in the United States on August 16th, 1993 at the Miami Port of Entry as a B-2 visa holder with an admit until date of February 16th, 1994. It appears **BENJAMIN** remained in the United States while the LPR application was submitted in 1999, pending adjudication. No other entry/admission travel was found during this time.

7. **BENJAMIN's** first recorded appearance back into the United States since his 2016 removal was January 19th, 2023, when he was encountered by the Tampa Police Department and was charged with providing a false name to a law enforcement officer and not having a valid driver's license. No immigration action was taken at that time. However, on February 6, 2026, **BENJAMIN** was stopped by Florida Highway Patrol (FHP) in Orange County, Florida for a traffic violation (window tint). At that time, **BENJAMIN** was identified as having no legal status in the United States and having been previously removed, and he was detained civilly on the immigration violation.

8. During the booking process, **BENJAMIN's** fingerprints were captured. On February 6th, 2026, HSI verified **BENJAMIN's** identity and determined he was in the United States illegally and had illegally re-entered the U.S. at an unknown date and time.

9. **BENJAMIN** did not apply at any time for, and did not have, from the Attorney General of the United States and/or the Secretary of the Department of

3

Homeland Security, permission to re-enter the United States after being removed/deported from the United States.

10. Based on the foregoing, there is probable cause to believe that on or about February 6th, 2026, **BENJAMIN** was found to be in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a) and (b)(1).

11. This concludes my affidavit.

Nicole Sively
Special Agent
Homeland Security Investigations

Affidavit submitted by email and
attested to me as true and accurate
via video conference and/or telephone
consistent with Fed. R. Crim. P. 4.1
and 41(d)(3), before me this __9th__ day
of February, 2026.

HON. DAVID A. BAKER
United States Magistrate Judge

4